# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **WANDA SAVANT** | **CASE NO. 6:24-CV-00025** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **UNITED NATIONAL INSURANCE CO** | **MAGISTRATE JUDGE DAVID J. AYO** |

## JUDGMENT

This matter was referred to United States Magistrate Judge David J. Ayo for report and recommendation. After an independent review of the record and noting the absence of any objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that the Motion to Dismiss (Rec. Doc. 8) is GRANTED and that the instant case is REMANDED to the 27th Judicial District Court, St. Landry Parish, Louisiana.

THUS DONE in Chambers on this 5th day of November, 2024.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE